UNITED STATES DISTRICT COURT

For the

DISTRICT OF RHODE ISLAND

Plaintiff,
Department of Children, Youth
And Families
     vs.
Defendant,
Carline Vilbon

CASE No. 1:21-cv-00272-MSM-LDA

DATED: August 20, 2021

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS PRUSUANT TO 28 U.S.C § 1915

Pursuant to 28 U.S.C § 1915, regarding proceedings in forma pauperis, I carline Vilbon, write this statement in support of the Motion to Proceed In Forma Pauperis filed in this Court on August 19, 2021, and report that:

1. The purpose of the Motion to Proceed In forma Pauperis is to secure the commencement of my appeal without prepayment.

2. I am unable to pay the fees or give security for the Appeal.

I, Carline Vilbon, attest that the above information is true and accurate to the best of my knowledge and signed under the penalties and pains of perjury on the 20th day of August, 2021.

_Carline Vilbon_ /08/20/21
Carline Vilbon
74 Prince Street
Pawtucket, RI. 02860
Ph: (401) 654-3470
**Email**: villbonc@yahoo.com
**Dated**: August 20, 2021

_Kyle P. Treanor_ 08/20/2021

Notary Public

Dated August 20, 2021

My Commission Expires

KYLE TREANOR
Notary Public, State of Rhode Island
My Commission Expires June 07, 2025