| | |
|---|---|
| **From:** | Carline Vilbon <vilbonc@yahoo.com> |
| **Sent:** | Friday, August 20, 2021 3:43 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | RE: Case No. 1:21-cv-00272  Affidavit |
| **Attachments:** | Affidavit in Support of IFP U.S. DISTRICT COURT.pdf |

**CAUTION - EXTERNAL:**

Good afternoon!

Please file the attached document: Affidavit In Support of Motion to Proceed In Forma Pauperis

Thanks,

Carline Vilbon

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.