

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

## Case Information

Case Caption: **Dept. of Children, Youth and Fam.** vs. **Vilbon**

District Court Number: **CV21-272**    Presiding Judge: **Judge McElroy**

Notice of Appeal filed by: **Defendant**    Notice of Appeal document number: **6**

Appeal from: **Order denying Writ of Habeas Corp; Motion to Proceed IFP; Motion for**

Other information: **Review**

Fee status: **Due**    Pro se case: Yes ✔   No ☐

Emergency or requires expedition: **No**    *If yes, reason:*

## Record Information

Motions Pending    Yes ☐   No ✔
*If yes, document #*

Other record information:

Related case on appeal

## Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **08/23/2021**

**HANORAH TYER-WITEK**
Clerk of Court
/s/ Carrie L. Potter
Deputy Clerk

Reset Form    Print Form    Save