# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Department of Children Youth & Families

Plaintiff

v.                                    Case No. 21-0272-MSM-LDA

Carline Vilbon

Defendant

## AMENDED NOTICE OF APPEAL

Notice is hereby given that **Carline Vilbon**, the **Defendant** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Court Order** (Final judgment or description of order) entered in this action on **August 18, 2021** (Date of entry).

Respectfully submitted,

**Carline Vilbon**
Name

/s/ Carline Vilbon
Signature

08/23/2021
Date

Bar Number

(401) 654-3470
Telephone Number

Firm/Agency

**74 Prince Street**
Address

Fax Number

**Pawtucket, RI. 02860**
City, State, Zip Code

vilbonc@yahoo.com
E-mail Address