APPEAL

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:21−cv−00272−MSM−LDA

| | |
|---|---|
| Department of Children, Youth and Families v. Vilbon | Date Filed: 06/24/2021 |
| Assigned to: District Judge Mary S. McElroy | Date Terminated: 08/18/2021 |
| Referred to: Magistrate Judge Lincoln D. Almond | Jury Demand: None |
| Case in other court:  State of Rhode Island Family Court, PJ20−002943 | Nature of Suit: 530 Habeas Corpus (General) |
| Cause: 28:1441 Notice of Removal − Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Department of Children, Youth and Families** | represented by | **Alexander B. Terry**<br>OHHS−DCYF<br>Office of Legal Counsel<br>101 Friendship Street<br>Providence, RI 02903<br>401−447−5962<br>Email: alex.terry@dcyf.ri.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Carline Vilbon** | represented by | **Carline Vilbon**<br>74 Prince Street<br>Pawtucket, RI 02860<br>401−654−3470<br>PRO SE |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/24/2021 | 1 | | NOTICE OF REMOVAL from State of Rhode Island Family Court & Supreme Court of RI, case number SU2021−0132A & SU2021−0098A., filed by Carline Vilbon. (Attachments: # 1 State Court Record, # 2 Civil Cover Sheet)(McGuire, Vickie) (Entered: 06/24/2021) |
| 06/24/2021 | | | CASE CONDITIONALLY ASSIGNED Related Case Number CV21−267MSM−LDA based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (McGuire, Vickie) (Entered: 06/24/2021) |
| 06/24/2021 | 2 | | MOTION for Leave to Proceed in forma pauperis filed by Carline Vilbon. (McGuire, Vickie) (Entered: 06/24/2021) |
| 06/24/2021 | 3 | | CASE OPENING NOTICE ISSUED (McGuire, Vickie) (Entered: 06/24/2021) |

| 08/18/2021 | 5 | | ORDER denying 1 Writ of Habeas Corpus (contained within the Notice of Removal); denied as moot 2 Motion for Leave to Proceed in forma pauperis; denied as moot 4 MOTION For Review Pursuant to 28 U.S.C. § 1331. So Ordered by District Judge Mary S. McElroy on 8/18/2021. (Potter, Carrie) (Entered: 08/18/2021) |
|---|---|---|---|
| 08/19/2021 | 6 | | NOTICE OF APPEAL by Carline Vilbon as to 5 Order on Motion for Leave to Proceed in forma pauperis,, Order on Motion for Miscellaneous Relief, **NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 8/26/2021. (DaCruz, Kayla) (Entered: 08/19/2021) |
| 08/19/2021 | 7 | | MOTION for Leave to Appeal in forma pauperis filed by Carline Vilbon. (DaCruz, Kayla) (Entered: 08/19/2021) |
| 08/19/2021 | 8 | | NOTICE by Carline Vilbon (DaCruz, Kayla) (Entered: 08/19/2021) |
| 08/20/2021 | 9 | | AFFIDAVIT re 7 MOTION for Leave to Appeal in forma pauperis by Carline Vilbon. (Attachments: # 1 Email Re: Filing)(Simoncelli, Michael) (Entered: 08/21/2021) |
| 08/23/2021 | | | TEXT ORDER: The Defendants Motion for Leave to Appeal in Forma Pauperis (ECF 7 ) is DENIED as it fails to state the issues on appeal and therefore fails to demonstrate any entitlement to redress. See U.S.C.S. Fed. Rules App. Proc. R.24. So Ordered by District Judge Mary S. McElroy on 8/23/2021. (Potter, Carrie) (Entered: 08/23/2021) |
| 08/23/2021 | 10 | | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). 6 Notice of Appeal. (Attachments: # 1 Record on Appeal)(Potter, Carrie) (Entered: 08/23/2021) |
| 08/23/2021 | 11 | | Corrected NOTICE of Appeal by Carline Vilbon re 6 Notice of Appeal,, (DaCruz, Kayla) (Entered: 08/23/2021) |

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Department of Children Youth & Families**

Plaintiff

v.                                                          Case No. **21-0272-MSM-LDA**

**Carline Vilbon**

Defendant

## AMENDED NOTICE OF APPEAL

Notice is hereby given that **Carline Vilbon**, the **Defendant** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Court Order** (Final judgment or description of order) entered in this action on **August 18, 2021** (Date of entry).

Respectfully submitted,

*Carline Vilbon* (Signature)

**Carline Vilbon**
Name

Bar Number

Firm/Agency

**74 Prince Street**
Address

**Pawtucket, RI. 02860**
City, State, Zip Code

08/23/2021
Date

(401) 654-3470
Telephone Number

Fax Number

vilbonc@yahoo.com
E-mail Address

3