| | |
|---|---|
| **From:** | Carline Vilbon |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | RE:1:21-cv-00272-MSM-LDA |
| **Date:** | Wednesday, August 25, 2021 3:13:13 PM |
| **Attachments:** | IMG_1279.PNG |

**CAUTION - EXTERNAL:**

Hello Megan!

Please excuse my error. Attached is the corrected Certificate of Service for the Defendant' Motion to Stay Pending Appeal.

Thanks,

Carline

**WHEREFORE:** I, Carline Vilbon the Defendant respectfully request this Court to grant an order to stay further proceedings and executions pending appeal at the First Circuit Court of Appeals for good cause.

Respectfully submitted;

*Carline Vilbon*
Carline Vilbon

74 Prince Street
Pawtucket, RI. 02860
Email: vilbonc@yahoo.com
Phone: (401) 654-3470
Dated: August 25, 2021.

### CERTIFICATE OF SERVICE

I, the Defendant Carline Vilbon, do hereby on this 25th, day of August, 2021, served via **Electronic Mail** a true and accurate copy of the following documents to the Plaintiff's attorney, Benjamin Copple, at Benjamin.Copple@dcyf.ri.gov Alexander B. Terry at alex.terry@dcyf.ri.gov, CASA attorney Diane Daigle at ddaigle@courts.ri.gov and standby attorney Milan Azar at milant.azarlaw@gmail.com

1. Appellant's Motion to Stay Pending Appeal Pursuant to Rule 62 of the Federal Rules of Civil Procedures.

*Carline Vilbon*
Carline Vilbon

Dated: August 25, 2021

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.